**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Pennsylvania__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   Lyles and Lewis Development LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   n/a

3. **Debtor's federal Employer Identification Number (EIN)**   83-3649622

4. **Debtor's address**

   **Principal place of business**
   6 West Violette Drive
   Number    Street
   
   _____
   
   New Castle    DE    19720
   City    State    ZIP Code
   
   New Castle
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   
   _____
   P.O. Box
   
   _____
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   
   _____
   
   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)   _____

Debtor      <u>Lyles and Lewis Development LLC</u>          Case number (*if known*)_____
                 Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    <u>5</u> <u>3</u> <u>1</u> <u>3</u>

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☒ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor   <u>Lyles and Lewis Development LLC</u>                    Case number *(if known)* _____
         Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.  District <u>E.D. Pa.</u>   When <u>12/06/2022</u>  Case number <u>22-13269-amc</u>
                                        MM / DD / YYYY
         District <u>E.D. Pa.</u>   When <u>05/02/2023</u>  Case number <u>23-11286-amc</u>
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                    MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street
_____
_____   _____  _____
City                              State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name    _____
        Phone           _____

---

Statistical and administrative information

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor      Lyles and Lewis Development LLC                                Case number (*if known*)_____
             Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☒ 1-49<br>❏ 50-99<br>❏ 100-199<br>❏ 200-999 | ❏ 1,000-5,000     ❏ 25,001-50,000<br>❏ 5,001-10,000    ❏ 50,001-100,000<br>❏ 10,001-25,000   ❏ More than 100,000 |
| **15. Estimated assets** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>☒ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million    ❏ $500,000,001-$1 billion<br>❏ $10,000,001-$50 million    ❏ $1,000,000,001-$10 billion<br>❏ $50,000,001-$100 million    ❏ $10,000,000,001-$50 billion<br>❏ $100,000,001-$500 million   ❏ More than $50 billion |
| **16. Estimated liabilities** | ❏ $0-$50,000<br>❏ $50,001-$100,000<br>☒ $100,001-$500,000<br>❏ $500,001-$1 million | ❏ $1,000,001-$10 million    ❏ $500,000,001-$1 billion<br>❏ $10,000,001-$50 million    ❏ $1,000,000,001-$10 billion<br>❏ $50,000,001-$100 million    ❏ $10,000,000,001-$50 billion<br>❏ $100,000,001-$500 million   ❏ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2023
             MM  / DD /YYYY

✗ /s/ Michael Lyles                                    Michael Lyles
Signature of authorized representative of debtor       Printed name

Title  Managing Member

Debtor __Lyles and Lewis Development LLC__   Case number (if known) _____
　　　　Name

**18. Signature of attorney**

X _____[signature]_____   Date  __07/10/2023__
Signature of attorney for debtor　　　　　　　MM / DD / YYYY

__Roger V. Ashodian__
Printed name

__Regional Bankruptcy Center of Southeastern PA, P.C.__
Firm name

__101 West Chester Pike, Suite 1A__
Number　　Street

__Havertown__　　　　　　　　　　　__PA__　　__19083__
City　　　　　　　　　　　　　　　　State　　ZIP Code

__(610) 446-6800__　　　　　　__ecf@schollashodian.com__
Contact phone　　　　　　　　　Email address

__42586__　　　　　　　　　　　__PA__
Bar number　　　　　　　　　　　State